IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| SNORANE HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1:07-CV-035-C |
| | § | ECF |
| | § | |
| MICHAEL J. ASTRUE[1], | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed March 4, 2008 (Doc. 24). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should more clearly explain the weight given to the opinions of the treating, examining, and other physicians in formulating his RFC finding.

Dated March 20, 2008.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

---

[1] Michael J. Astrue has been appointed as the new Commissioner of Social Security, effective February 12, 2007, and is therefore substituted as Defendant in this matter for Jo Anne B. Barnhart, per FED. R. CIV. P. 25(d)(1).